### 37941. McNEAL v. DUKE.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur, except Weltner, J., not participating.*

DECIDED JANUARY 27, 1982.

*Berrien L. Sutton,* for appellant.
*Terry Barnick,* for appellee.